1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 EBUBEKIR TEKDEMIR,                          )
                                               )  No. C 09-5278 MHP
13              Plaintiff,                      )
                                               )
14         v.                                   )  **STIPULATION TO DISMISS AND**
                                               )  **[PROPOSED] ORDER**
15 JANET NAPOLITANO, Secretary of the          )
   Department of Homeland Security;            )
16 EMILIO GONZALEZ, Director, U.S. Citizenship )
   & Immigration Services;                     )
17 DAVID ROARK, Director of Texas Service      )
   Center, U.S. Citizenship and Immigration    )
18 Services,                                    )
                                               )
19              Defendants.                     )
   _____ )

20

21      Plaintiff, by and through his attorney of record, and Defendants by and through their

22 attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R.

23 Civ. P. 41(a).

24 ///

25 ///

26 ///

27

28

   Stipulation to Dismiss
   C09-5278 MHP                         1

1  Each of the parties shall bear their own costs and fees.

2  Date: December 29, 2009                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

4

5                                                      /s/
                                              ILA C. DEISS[1]
6                                             Assistant United States Attorney
                                              Attorneys for Defendants

7

8
                                                       /s/
9  Date: December 29, 2009                    JOYE L. WILEY
                                              Attorney for Plaintiff

10

11                              **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:   1/4/2010
                                              MARILYN HALL PATEL
                                              United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27      [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulation to Dismiss
C09-5278 MHP                                   2