| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EBUBEKIR TEKDEMIR, | ) | |
| | ) | No. C 09-5278 MHP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director, U.S. Citizenship | ) | |
| & Immigration Services; | ) | |
| DAVID ROARK, Director of Texas Service | ) | |
| Center, U.S. Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a).

///

///

///

Stipulation to Dismiss
C09-5278 MHP                                                1

1  Each of the parties shall bear their own costs and fees.

2  Date: December 29, 2009                Respectfully submitted,

3                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

5                                                    /s/
                                          ─────────────────────────
6                                         ILA C. DEISS[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants

                                                     /s/
                                          ─────────────────────────
9  Date: December 29, 2009                JOYE L. WILEY
                                          Attorney for Plaintiff

11                              **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

14  Date:  1/4/2010                       ─────────────────────────
                                          MARILYN HALL PATEL
                                          United States District Judge

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-5278 MHP                              2